**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jacqueline Paterno,<br><br>                Plaintiff,<br><br>v.<br><br>Second Alliance, Inc.,<br><br>                Defendant. | Case No.: 16-cv-0611-L-JMA<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. M. JAMES LORENZ** |

Pursuant to Federal Rule of Civil Procedure 41(a), the Joint Motion for Dismissal of Action with Prejudice is granted.  Accordingly, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: August 31, 2016

_____
Hon. M. James Lorenz
United States District Judge